No. 715. OWATONNA *v.* INTERSTATE POWER CO. ET AL. February 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Harlan E. Leach* for petitioner. *Messrs. Leslie L. Brown* and *Samuel Lord* for respondents.

No. 717. STRATTON, SECRETARY OF STATE, *v.* ST. LOUIS SOUTHWESTERN RY. CO. February 19, 1934. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Bayard Lacey Catron* for petitioner. *Messrs. Josiah Whitnel, A. H. Kiskaddon,* and *B. F. Batts* for respondent.

No. 718. STRATTON, SECRETARY OF STATE, *v.* U. S. PIPE & FOUNDRY CO. February 19, 1934. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Bayard Lacey Catron* for petitioner. *Messrs. Paul O'Donnell* and *Mason Trowbridge* for respondent.

No. 719. SOUTHERN PACIFIC CO. *v.* GIBSON. February 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Maury Kemp* and *M. Nagle* for petitioner. No appearance for respondent.

No. 721. COMMERCIAL CREDIT CORP. *v.* CENTRAL AUTO RENTING CORP. February 19, 1934. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Duane R. Dills* for petitioner. *Mr. Samuel Meyers* for respondent.